UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF MASSACHUSETTS

FRANK J. VOTTA and LYNNE VOTTA,

    Plaintiffs,

v.

AMERIPATH MORTGAGE CO. and
COUNTRYWIDE HOME LOANS, INC.

    Defendants.

Case No. 05-11133 (WGY)

## NOTICE OF APPEARANCE

Please enter the appearance of Brooks R. Brown in the above-captioned matter as counsel for defendant Countrywide Home Loans, Inc..

    Respectfully Submitted,

    COUNTRYWIDE HOME LOANS,

    By its attorneys,

    /s/ Brooks R. Brown
    Brooks R. Brown (BBO # 634144)
    Daniel J. Pasquarello (BBO # 647379)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109
    (617) 570-1000

Dated: June 15, 2005

LIBA/1557622.1