UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and LYNNE VOTTA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERIPATH MORTGAGE CO. and<br>COUNTRYWIDE HOME LOANS, INC.<br><br>　　　　Defendants. | Case No. 05-11133 (WGY) |

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel J. Pasquarello in the above-captioned matter as counsel for defendant Countrywide Home Loans, Inc..

　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　COUNTRYWIDE HOME LOANS,

　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　/s/ Daniel J. Pasquarello
　　　　　　　　　　　　　　Brooks Brown (BBO # 634144)
　　　　　　　　　　　　　　Daniel J. Pasquarello (BBO # 647379)
　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　(617) 570-1000

Dated: June 15, 2005

LIBA/1557621.1