UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and LYNNE VOTTA,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERIPATH MORTGAGE CO. and<br>COUNTRYWIDE HOME LOANS, INC.<br><br>  Defendants. | Case No. 05-11133 (WGY) |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 and Local Rule 7.3, defendant Countrywide Home Loans, Inc. ("Countrywide") hereby discloses that: (a) Countrywide is a wholly-owned subsidiary of its corporate parent, Countrywide Financial Corporation ("CFC"), and (b) CFC is a publicly-held corporation.

Respectfully Submitted,

COUNTRYWIDE HOME LOANS,

By its attorneys,

/s/ Daniel J. Pasquarello
Brooks R. Brown (BBO # 634144)
Daniel J. Pasquarello (BBO # 647379)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated:  June 15, 2005

LIBA/1557625.1