UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and LYNNE VOTTA,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERIPATH MORTGAGE CO. and<br>COUNTRYWIDE HOME LOANS, INC.<br><br>        Defendants. | Case No. 05-11133 (WGY) |

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO SUMMONS AND COMPLAINT**

Plaintiff's counsel in this action has stipulated and agreed that Defendant Countrywide Home Loans, Inc. shall have an extension of thirty days, until July 25, 2005, to file a response to Plaintiff's Complaint.

| | |
|---|---|
| FRANK J. VOTTA and LYNNE VOTTA | Respectfully submitted, |
| By their attorneys | COUNTRYWIDE HOME LOANS,<br><br>By its attorneys, |
| /s/ Christopher M. Lefebvre (w/permission)<br>Christopher M. Lefebvre, Esq.<br>Law Offices of Claude Lefebvre & Sons<br>P.O. Box 479<br>Pawtucket, RI 02862 | /s/ Daniel J. Pasquarello<br>Brooks Brown (BBO # 634144)<br>Daniel J. Pasquarello (BBO # 647379)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 |

Dated: June 15, 2005

LIBA/1557379.1