UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANK J. VOTTA and <br> LYNNE E. VOTTA, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIPATH MORTGAGE CORP. and <br> COUNTRYWIDE HOME LOANS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-11133-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan M. Tosi on behalf of defendant Ameripath Mortgage Corporation ("Ameripath") in the above-captioned action. Counsel for Ameripath identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

AMERIPATH MORTGAGE CORPORATION

By its attorneys,

/s/ Ryan M. Tosi
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Andrew C. Glass (BBO #638362)
(aglass@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: June 20, 2005

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

                                            /s/ Ryan M. Tosi
                                            Ryan M. Tosi