UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FRANK J. VOTTA and <br> LYNNE E. VOTTA, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIPATH MORTGAGE CORP. and <br> COUNTRYWIDE HOME LOANS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-11133-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AMERIPATH MORTGAGE CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A) and Fed. R. Civ. P. 7.1, defendant Ameripath Mortgage Corporation ("Ameripath") hereby discloses that it has no parent corporation and that there is no publicly held company that owns 10% or more of Ameripath's stock.

Respectfully submitted,

AMERIPATH MORTGAGE CORPORATION

By its attorneys,

/s/ Ryan M. Tosi
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Andrew C. Glass (BBO #638362)
(aglass@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: June 20, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

      /s/ Ryan M. Tosi
      Ryan M. Tosi