UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and<br>LYNNE E. VOTTA,<br><br>            Plaintiffs,<br><br>v.<br><br>AMERIPATH MORTGAGE CORP. and<br>COUNTRYWIDE HOME LOANS,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)       C.A. No. 05-11133-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Ameripath Mortgage Corporation ("Ameripath") hereby respectfully requests that the Court enlarge the time within which Ameripath may answer or otherwise respond to plaintiffs' Complaint up through and including July 29, 2005.  As grounds for this motion, Ameripath states:

1.      Plaintiffs' Complaint was served on Ameripath's registered agent by DHL Express on June 3, 2005.

2.      Pursuant to Rule 12(a)(1)(A), Ameripath must answer or otherwise response to plaintiffs' Complaint by Thursday, June 23, 2005.

3.      To permit it sufficient time to answer or otherwise respond to plaintiffs' Complaint, Ameripath seeks to extend the period in which it may do so up to and including July 29, 2005.

4.      Plaintiffs have assented to this motion.

BOS-873081 v2

WHEREFORE, Ameripath Mortgage Corporation respectfully requests that the Court enlarge the time within which Ameripath may answer or otherwise respond to plaintiffs' Complaint up through and including July 29, 2005.

| Assented to: | Respectfully submitted, |
|---|---|
| FRANK J. VOTTA and<br>LYNN E. VOTTA | AMERIPATH MORTGAGE CORPORATION |
| By their attorneys, | By its attorneys, |
| /s/ Christopher M. Lefebvre (with permission)<br>Christopher M. Lefebvre (BBO #629056)<br>CLAUDE LEFEBVRE,<br>CHRISTOPHER LEFEBVRE P.C.<br>P.O. Box 479<br>Pawtucket, RI 02862<br>(401) 728-6060 | /s/ Ryan M. Tosi<br>R. Bruce Allensworth (BBO #015820)<br>(ballensworth@klng.com)<br>Andrew C. Glass (BBO #638362)<br>(aglass@klng.com)<br>Ryan M. Tosi (BBO #661080)<br>(rtosi@klng.com)<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100 |

Dated: June 20, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre  
CLAUDE LEFEBVRE,  
CHRISTOPHER LEFEBVRE P.C.  
P.O. Box 479  
Pawtucket, RI 02862

                                        /s/ Ryan M. Tosi  
                                        Ryan M. Tosi