UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and<br>LYNNE E. VOTTA,<br><br>       Plaintiffs,<br><br>v.<br><br>AMERIPATH MORTGAGE CORP. and<br>COUNTRYWIDE HOME LOANS,<br><br>       Defendants. | C.A. No. 05-11133-WGY |

## **NOTICE OF APPEARANCE**

Please enter the appearance of R. Bruce Allensworth on behalf of defendant Ameripath Mortgage Corporation ("Ameripath") in the above-captioned action. Counsel for Ameripath identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

                AMERIPATH MORTGAGE CORPORATION

                By its attorneys,

                /s/ R. Bruce Allensworth
                R. Bruce Allensworth (BBO #015820)
                (ballensworth@klng.com)
                Andrew C. Glass (BBO #638362)
                (aglass@klng.com)
                Ryan M. Tosi (BBO #661080)
                (rtosi@klng.com)
                KIRKPATRICK & LOCKHART
                NICHOLSON GRAHAM LLP
                75 State Street
                Boston, MA 02109
                (617) 261-3100

Dated: June 20, 2005

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

                                                /s/ R. Bruce Allensworth
                                                R. Bruce Allensworth