UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and LYNNE VOTTA,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMERIPATH MORTGAGE CO. and<br>COUNTRYWIDE HOME LOANS, INC.<br><br>  Defendants. | Case No. 05-11133 (WGY) |

## STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO SUMMONS AND COMPLAINT

Plaintiff's counsel in this action has stipulated and agreed that Defendant Countrywide Home Loans, Inc. shall have an extension of two weeks, until August 8, 2005, to file a response to Plaintiff's Complaint.

| | |
|---|---|
| FRANK J. VOTTA and LYNNE VOTTA | Respectfully submitted, |
| By their attorneys | COUNTRYWIDE HOME LOANS,<br><br>By its attorneys, |
| /s/ Christopher M. Lefebvre (w/permission)<br>Christopher M. Lefebvre, Esq.<br>Law Offices of Claude Lefebvre & Sons<br>P.O. Box 479<br>Pawtucket, RI 02862 | /s/ Daniel J. Pasquarello<br>Brooks Brown (BBO # 634144)<br>Daniel J. Pasquarello (BBO # 647379)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 |

Dated: July 25, 2005