## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FRANK J. VOTTA<br>LYNN E VOTTA<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPATH MORTGAGE CO. and<br>COUNTRYWIDE HOME LOANS<br><br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A.05-11133WGY |

### UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THE DEFENDANT'S MOTION TO DISMISS

    Now, come the Plaintiffs in the above entitled matter and request the Court to extend the date line to respond to the Defendant's Motion to Dismiss through September 1, 2005. Plaintiffs' counsel needs this additional time so as to accommodate previously scheduled vacations. The Defendant assents to this Motion.

    WHEREFORE, the Plaintiffs pray that the Motion be granted.

                                    **Frank J. Votta**
                                    **Lynne Votta**
                                    **By their attorney,**

                                    **/s/Christopher M. Lefebvre**
                                     **BBO #629056**
                                     **PO BOX 479**
                                     **Pawtucket, R.I. 02862**
                                     **401-728-6060**

**CERTIFICATION OF SERVICE**

I hereby certify that on August 4, 2005, I electronically filed a Motion to Extend Time to Respond to the Defendant's Motion to Dismiss with the Clerk of the District Court for the District of Massachusetts using the CM/ECF System.  The following participants have received notice electronically: Daniel J. Pasquarello, Esq.,
and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

/s/Maria J. Ferreira