UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and <br> LYNN E. VOTTA, <br>   Plaintiffs, <br> v. <br> AMERIPATH MORTGAGE CORP., <br>   Defendant. | C.A. No. 05-11133-WGY |

**DEFENDANT AMERIPATH MORTGAGE CORPORATION'S**
**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS**

Now comes defendant Ameripath Mortgage Corporation and withdraws its Motion to Dismiss, previously filed with the Court, on grounds of mootness.

Respectfully submitted,

AMERIPATH MORTGAGE CORPORATION,

By its attorneys,

*/s/ Andrew C. Glass*
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Andrew C. Glass (BBO #638362)
(aglass@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: September 22, 2005

BOS-892982 v3 0520880-0901

- 2 -

CERTIFICATE OF SERVICE

     I hereby certify that on September 22, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre  
CLAUDE LEFEBVRE,  
CHRISTOPHER LEFEBVRE P.C.  
P.O. Box 479  
Pawtucket, RI 02862

                                */s/ Andrew C. Glass*  
                                Andrew C. Glass