UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and<br>LYNN E. VOTTA,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIPATH MORTGAGE CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-11133-WGY |

## DEFENDANT AMERIPATH MORTGAGE CORPORATION'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred (1) with a view to establishing a

budget for the costs of conducting the full course – and various alternative courses – of the

litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.


AMERIPATH MORTGAGE
CORPORATION
By:  Jo Beth Montoya

R. Bruce Allensworth (BBO #015820)
Andrew C. Glass (BBO #638362)
Ryan M. Tosi (BBO #661080)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Attorneys for Ameripath Mortgage
Corporation


Dated: October 5 , 2005

BOS-897685 v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2005, I served a true copy of the foregoing document by electronic filing upon the following:


Christopher M. Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE P.C.
P.O. Box 479
Pawtucket, RI 02862

Ryan M. Tosi