UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK J. VOTTA and <br> LYNN E. VOTTA, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIPATH MORTGAGE CORP., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-11133-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Frank J. Votta and Lynne Votta, and defendant Ameripath Mortgage Corporation, by and through their undersigned attorneys, hereby STIPULATE AND AGREE that this action shall be and hereby is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

Respectfully submitted,

| | |
|---|---|
| FRANK J. VOTTA and <br> LYNNE VOTTA, | AMERIPATH MORTGAGE <br> CORPORATION, |
| By their attorney, | By its attorneys, |
| */s/ Christopher M. Lefebvre* (with permission) | /s/ *Ryan M. Tosi* |
| Christopher M. Lefebvre  (BBO #629056) <br> (Lefeblaw@aol.com) <br> CLAUDE LEFEBVRE, <br> CHRISTOPHER LEFEBVRE P.C. <br> P.O. Box 479 <br> Pawtucket, RI 02862 | R. Bruce Allensworth (BBO #015820) <br> (ballensworth@klng.com) <br> Andrew C. Glass (BBO #638362) <br> (aglass@klng.com) <br> Ryan M. Tosi (BBO #661080) <br> (rtosi@klng.com) <br> KIRKPATRICK & LOCKHART <br> NICHOLSON GRAHAM LLP <br> 75 State Street <br> Boston, MA 02109 <br> (617) 261-3100 |

Dated: November 9, 2005

BOS-908954 v1

- 2 -

CERTIFICATE OF SERVICE

      I hereby certify that on November 9, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Christopher M. Lefebvre  
CLAUDE LEFEBVRE,  
CHRISTOPHER LEFEBVRE P.C.  
P.O. Box 479  
Pawtucket, RI 02862

                                    /s/ *Ryan M. Tosi*  
                                    _____  
                                    Ryan M. Tosi